# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **TERRY L. VAUGHN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )   **NO. 04-290-CJP** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on September 26, 2005, the final decision of the Commissioner of Social Security is **AFFIRMED**.

Plaintiff shall take nothing from this action.

**DATED**: September 26, 2005

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela M. Vehlewald**
         **Deputy Clerk**

**Approved by S/ Clifford J. Proud**
         **United States Magistrate Judge**
         **Clifford J. Proud**